# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff

-vs-

DECISION and ORDER

11-CR-6209

SAFI OSMAN

                Defendant

This case was referred by text order of the undersigned, entered December 22, 2011, ECF No. 10, to Magistrate Jonathan W. Feldman pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). On February 21, 2012, Defendant filed an omnibus motion, ECF No. 15, seeking *inter alia* suppression of statements purportedly made to law enforcement at the time of his arrest on December 20, 2010. On April 17, 2012, Magistrate Judge Feldman filed a Report and Recommendation ("R&R"), ECF No. 20, recommending that the Court deny Defendant's motion to suppress. The time has passed for Defendant to file any objections to the R&R, and none have been filed.

Accordingly, for the reasons set forth in Magistrate Judge Feldman's's R&R, Defendant's application to suppress statements is denied.

IT IS SO ORDERED.

Dated: Rochester, New York
      May 4, 2012

                ENTER:

                          /s/ Charles J. Siragusa
                          CHARLES J. SIRAGUSA
                          United States District Judge